IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| MARY MURPHY,[1] | § |
| | § No. 275, 2025 |
| Petitioner Below, | § |
| Appellant, | § Court Below–Family Court |
| | § of the State of Delaware |
| v. | § |
| | § File No. CN23-03101 |
| JAYSON MURPHY, | § Petition No. 23-25440 |
| | § |
| Respondent Below, | § |
| Appellee. | § |

Submitted: February 24, 2026
Decided: March 2, 2026

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## ORDER

(1) On June 27, 2025, Mary Murphy filed a notice of appeal from the Family Court's May 30, 2025 order denying Murphy's motion to reopen proceedings relating to the enforceability of a premarital agreement. On July 15, 2025, the Court denied Murphy's petition to proceed *in forma pauperis*. The next day, the Senior Court Clerk advised Murphy to pay the Court's filing fee by July 29, 2025, or a notice to show cause would issue. Murphy failed to pay the filing fee. On July 31, 2025, the Chief Deputy Clerk issued a notice directing Murphy to show cause why this appeal should not be dismissed for her failure to pay the filing fee. The notice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

instructed Murphy to respond by August 11, 2025. Murphy did not pay the filing fee. Instead, she filed a notice of removal of this matter to the United States District Court for the District of Columbia. On February 24, 2026, the District Court remanded this matter to Delaware for lack of subject matter jurisdiction.

(2) Under the rules of this Court, a party filing an appeal must pay the applicable filing fees, unless the Court authorizes the commencement of the appeal without prepayment of fees because the party is indigent.[2] Because the Court denied Murphy's motion to proceed *in forma pauperis* and Murphy has failed to pay the filing fee, this appeal must be dismissed.

NOW, THEREFORE, IT IS HEREBY ORDERED that this appeal is DISMISSED under Supreme Court Rule 29(b).

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice

---

[2] Del. Supr. Ct. R. 20(a), (h).